**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**ANTONIO GRANGER**                                              **PETITIONER**

v.                                                              **No. 4:05CV60-M-B**

**LAWRENCE KELLY, ET AL.**                                  **RESPONDENTS**

**FINAL JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated April 26, 2006, the petitioner's June 6, 2006, June 9, 2006, June 12, 2006, objections to the Report and Recommendation, and the state's July 7, 2006, response to those objections, the court finds that the petitioner's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore

**ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated April 26, 2006, is hereby approved and adopted as the opinion of the court.

2. That the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** with prejudice and without evidentiary hearing as untimely filed under 28 U.S.C. § 2244(d).

3. That this case is **CLOSED.**

THIS, the 19th day of September, 2006.

                                                           **/s/ Michael P. Mills**
                                                           **UNITED STATES DISTRICT JUDGE**